UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JANET DOPICO,

    Plaintiffs,

v.                                              CASE NO: 8:06-cv-1253-T-23EAJ

FORT DEARBORN LIFE INSURANCE CO.,

    Defendant.
_____/

## **ORDER**

The court is advised of settlement in this case (Doc. 26). Accordingly, pursuant to Local Rule 3.08(b), this action is **DISMISSED WITHOUT PREJUDICE** to the right of any party within sixty days from the date of this order to (1) submit a stipulated form of final order or judgment or (2) re-open the action upon a showing of good cause. The Clerk is directed to terminate any pending motion and close the case.

ORDERED in Tampa, Florida, on December 15, 2006.

                                                            */s/ Steven D. Merryday*
                                                            STEVEN D. MERRYDAY
                                                            UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
        Courtroom Deputy